Nov. Term,
1859.

CARPENTER *v.* O'NEAL.

APPEAL from the *Greene* Circuit Court.

*Per Curiam.*—In this case, there was no motion for a new trial, and the errors assigned relate to errors committed on the trial.

The judgment is affirmed with costs.

*O. H. Smith*, for the appellant.

*D. M'Donald*, for the appellee.